FILED

MAR 1 9 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No.  **4:14CR0084 CEJ/TCM** |
| MICHAEL DARRYL SCALES, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 13, 2014, in the City of St. Louis within the Eastern District of Missouri,

**MICHAEL DARRYL SCALES,**

the defendant herein, having been convicted previously of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which had previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g) (1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
John T. Bird
Assistant United States Attorney